[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-11289
Non-Argument Calendar
_____

D.C. Docket No. 5:18-cr-00026-RH-MJF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALONSO CONTRERAS-GUERRERO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(October 18, 2019)

Before WILLIAM PRYOR, JILL PRYOR and BRANCH, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Alonso Contreras-Guerrero in this direct criminal appeal, has moved to withdraw from further representation of Contreras-Guerrero and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Contreras-Guerrero's conviction and sentence are **AFFIRMED**.